No. 559. SAMUEL M. GROSSMAN *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* and *Mr. David D. Stansbury* for petitioner. *Mr. Solicitor General Beck, Mr. Robert P. Reeder* and *Mr. W. Marvin Smith* for the United States.

--------

No. 567. W. H. GOFF COMPANY *v.* LAMBORN & COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frederick T. Saussy* and *Mr. Edgar Watkins* for petitioner. *Mr. Robert M. Hitch* and *Mr. A. B. Lovett* for respondent.

--------

No. 580. AXEL MATSON *v.* WALKER D. HINES, DIRECTOR GENERAL OF RAILROADS. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Montana denied. *Mr. H. Lowndes Maury* for petitioner. No appearance for respondent.

--------

No. 582. MARY JEANNETTE MCNAMARA ET AL. *v.* JOHN HAMILTON MCNAMARA, A MINOR, ETC., ET AL. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied. *Mary J. McNamara* and *Margaret J. Thomas* pro se. *Mr. Robert P. Eckert* and *Mr. John G. Drennan* for respondents.

--------

No. 584. BEN RUDNER ET AL. *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmond H. Moore* for petitioners. No brief filed for the United States.